400 P.2d 480

**STATE of New Mexico ex rel. BOARD OF EDUCATION OF VAUGHN MUNICIPAL SCHOOL DISTRICT NO. 33, Relator,**

**v.**

**The Honorable J. V. GALLEGOS, Judge by Designation for the Fourth Judicial District, County of Guadalupe, State of New Mexico, Respondent.**

**No. 7831.**

Supreme Court of New Mexico.

April 7, 1965.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, sitting:

Ordered that said motion that the alternative writ of prohibition heretofore issued herein be made absolute be and the same is hereby denied.

Further Ordered that said motion that the alternative writ of prohibition heretofore issued herein be quashed be and the same is hereby granted.

Now, therefore, it is ordered that the alternative writ of prohibition heretofore issued herein on March 11, 1965 be and the same is hereby quashed and set aside.